| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Christopher R Browne <br> First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–0527 <br> EIN:   _ _ – _ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _ <br> EIN:   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court:   Northern District of Illinois | | Date case filed for chapter:   13   3/31/26 |
| Case number:   26–05625 | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

**10/20**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Christopher R Browne | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2557 Emerald Ln <br> Yorkville, IL 60560 | |
| 4. | **Debtor's attorney** <br> Name and address | David H Cutler <br> Cutler & Associates, Ltd. <br> 4131 Main St. <br> Skokie, IL 60076 | Contact phone 847–673–8600 <br> Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Glenn B Stearns <br> 801 Warrenville Road Suite 650 <br> Lisle, IL 60532 | Contact phone 630–981–3888 |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at  https://pacer.uscourts.gov. | Eastern Division <br> 219 S Dearborn <br> 7th Floor <br> Chicago, IL 60604 | Hours open: <br> 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br> Contact phone 1–866–222–8029 <br> Date: 4/1/26 |

**For more information, see page 2**

Debtor **Christopher R Browne** | Case number **26–05625**

| | | |
|---|---|---|
| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 5, 2026 at 10:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 388 782 3554, and Passcode 4113122038, OR call 1–872–282–6946** For additional meeting information, go to www.justice.gov/ust/moc . |
| **8. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** <ul><li>a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or</li><li>a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).</li></ul> **Deadline for all creditors to file a proof of claim (except governmental units):** **Deadline for governmental units to file a proof of claim:** **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 7/6/26** **Filing deadline: 6/9/26** **Filing deadline: 9/28/26** **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: **6/4/26** at **10:30 AM** , Location: **Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom. To appear by video, use this link: https://www.zoomgov.com/ or to appear by telephone, call Zoom for Government at 1–669–254–5252 or 1–646–828–7666. Then enter the meeting ID 160 9362 1728 and no passcode needed.** **The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 5500.00** Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                              Case No. 26-05625-DLT

Christopher R Browne                                                                 Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1                          User: admin                                    Page 1 of 2

Date Rcvd: Apr 01, 2026                       Form ID: 309I                             Total Noticed: 33

The following symbols are used throughout this certificate:

**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher R Browne, 2557 Emerald Ln, Yorkville, IL 60560-3057 |
| 31975370 | + | Charity Browne, 1466 Orchid St, Yorkville, IL 60560-3070 |
| 31975374 | | Credit Control LLC, 3308 Creditors Row, Suite 500, St. Louis, MO 63146 |
| 31975375 | | EZDriveMA Payment Processing Center, P.O. Box 847840, Boston, MA 02284-7840 |
| 31975376 | | Fifth Third Bank, Attn: Bankruptcy, Md Rscb3e 1830 East Paris, Grand Rapids, MI 49546 |
| 31975377 | | First Baptist Academy, Attn : Clint Holland, Naples, FL 34109 |
| 31975378 | | Gatestone & Co. International Inc., 1000 South Winton Road, Suite 120, Rochester, NY 14618 |
| 31975380 | | Illinois Tollway, P.O. Box 5382, Lisle, IL 60532-5382 |
| 31975381 | + | Katherine L. Maloney & Ass, LLC, 15409 S. Route 59, Plainfield, IL 60544-2691 |
| 31975383 | | MBB Anesthesia, PO Box 68003, Chicago, IL 60680-1085 |
| 31975384 | + | MKFM, LLC, 1737 S. Naperville Road, Ste. 100, Wheaton, IL 60189-5894 |
| 31975385 | + | Oklahoma Turnpike Authority, P.O. Box 11357, Oklahoma City, OK 73136-0357 |
| 31975386 | + | Professional Account Mgt, LLC, 6330 Sprint Parkway, Overland Park, KS 66211-1171 |
| 31975387 | | Radius Global Solutions LLC, PO Box 4769, Houston, TX 77210-4769 |
| 31975388 | + | RiverLink, P.O. Box 4044, Louisville, KY 40204-0044 |
| 31975390 | | Texas Dept of Trans/TxTag, P.O. Box 149001, Austin, TX 78714-9001 |
| 31975392 | | Tolls by Mail NY, P.O. Box 15187, Albany, NY 12212-5187 |
| 31975394 | | Violation Enforcement Services, P.O. Box 1212, Horsham, PA 19044-1212 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: cutlerfilings@gmail.com | Apr 01 2026 23:09:00 | David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076 |
| tr | + | Email/Text: mcguckin_m@lisle13.com | Apr 01 2026 23:10:00 | Glenn B Stearns, 801 Warrenville Road Suite 650, Lisle, IL 60532-4350 |
| ust | + | Email/Text: USTPREGION11.ES.ECF@USDOJ.GOV | Apr 01 2026 23:11:00 | Adam G. Brief, Office of the U. S. Trustee, Region 11, 219 South Dearborn, Room 873, Chicago, IL 60604-2027 |
| 31975366 | | Email/Text: srco-bankruptcy@aah.org | Apr 01 2026 23:11:00 | Advocate Health Care, P.O. Box 3039, Oak Brook, IL 60522-3039 |
| 31975367 | + | Email/PDF: bncnotices@becket-lee.com | Apr 01 2026 23:15:53 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 31975369 | | Email/Text: SHAWN.SEWELL@allianceoneinc.com | Apr 01 2026 23:11:00 | Central Florida Expressway Auth, P.O. Box 720218, Orlando, FL 32872-0218 |
| 31975368 | + | EDI: CAPITALONE.COM | Apr 02 2026 03:03:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 31975371 | + | EDI: CITICORP | Apr 02 2026 03:03:00 | Citi Cards, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 31975372 | + | EDI: CITICORP | Apr 02 2026 03:03:00 | Citibank, Attn: Bankruptcy Department, P.O.Box |

District/off: 0752-1 | User: admin | Page 2 of 2
Date Rcvd: Apr 01, 2026 | Form ID: 309I | Total Noticed: 33

| | | | | 790046, St. Louis, MO 63179-0046 |
|---|---|---|---|---|
| 31975373 | | EDI: CITICORP | Apr 02 2026 03:03:00 | Citibank, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 31975379 | ^ | MEBN | Apr 01 2026 23:10:39 | HCA Florida Osceola Hospital, P.O. Box 290669, Nashville, TN 37229-0669 |
| 31975382 | | Email/Text: austin.bankruptcy@lgbs.com | Apr 01 2026 23:10:00 | Linebarger Goggan Blair & Sampson, P.O. Box 17428, Austin, TX 78760-7428 |
| 31975389 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Apr 01 2026 23:11:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 31975391 | | Email/Text: oaziz@thetollroads.com | Apr 01 2026 23:10:00 | The Toll Roads, 125 Pacifica, Suite 100, Irvine, CA 92618 |
| 31975393 | | Email/Text: bankruptcydepartment@tsico.com | Apr 01 2026 23:11:00 | Transworld Systems Inc., PO Box 15130, Wilmington, DE 19850-5130 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| David H Cutler | on behalf of Debtor 1 Christopher R Browne cutlerfilings@gmail.com  r48280@notify.bestcase.com |
| Glenn B Stearns | stearns_g@lisle13.com |

TOTAL: 3